# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                  Case No. 13-CR-136

**DONTRAY A. SMITH,**

    Defendant.

## DECISION AND ORDER

Defendant, Dontray Smith ("Smith") seeks to overturn the recommendation made to this Court by Magistrate Judge Nancy Joseph that Smith's suppression motion be denied.

The Court has examined the submissions and reviewed the recommendation and concludes that Magistrate Judge Joseph's recommendation denying Smith's motion is correct. Therefore, the Court will adopt the recommendation and deny Smith's motion.

    **IT IS HEREBY ORDERED THAT:**

Smith's motion to suppress [ECF No. 10] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of February, 2014.

                                            **BY THE COURT:**

                                            _____
                                            **HON. RUDOLPH T. RANDA**
                                            **U.S. District Judge**